IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE STATE UNIVERSITY STUDENT HOUSING FOUNDATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMBLING MANAGEMENT COMPANY,<br><br>Defendant. | C.A. No. _____ |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Robert R. Ambler, Jr. and John G. Perry of Womble Carlyle Sandridge and Rice, PLLC, One Atlantic Center, Suite 3500, 1201 West Peachtree Street, Atlanta, Georgia 30309, to represent Defendant, Ambling Management Company, in this matter.

Respectfully submitted, this 5th day of October, 2007.

 

**WOMBLE CARLYLE SANDRIDGE & RICE, PLLC**

/s/ AnnaMartina Tyreus
Gerard M. O'Rourke (# 3265)
AnnaMartina Tyreus (# 4771)
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Tel: (302) 252-4320
Fax: (302) 252-4330
Email: gorourke@wcsr.com
Email: mtyreus@wcsr.com

*Counsel for Defendant Ambling Management Company*

IT IS SO ORDERED this _____ of October, 2007, that Robert R. Ambler, Jr. and John G. Perry are admitted *pro hac vice* to represent the Defendant in this matter.

_____
United States District Judge

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE STATE UNIVERSITY STUDENT HOUSING FOUNDATION, a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> AMBLING MANAGEMENT COMPANY, <br><br> Defendant. | C.A. No. _____ |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Georgia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Respectfully submitted, this 5th day of October, 2007.

_____
Robert R. Ambler, Jr.
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
One Atlantic Center, Suite 3500
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 872-7000
Facsimile: (404) 888-7490
Email: rambler@wcsr.com

*Attorneys for Defendant Ambling Management Company*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE STATE UNIVERSITY STUDENT HOUSING FOUNDATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMBLING MANAGEMENT COMPANY,<br><br>Defendant. | C.A. No. _____ |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Georgia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Respectfully submitted, this 5th day of October, 2007.

_____
John G. Perry
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
One Atlantic Center, Suite 3500
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 872-7000
Facsimile: (404) 888-7490
Email: joperry@wcsr.com

*Attorneys for Defendant Ambling Management Company*

WCSR 3747035v1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within and foregoing *Motion and Order for Admission Pro Hac Vice of Robert R. Ambler, Jr. and John G. Perry* has been served upon counsel of record by placing same in the United States postal service with proper postage affixed thereto and addressed to the following:

> Kathleen Furey McDonough
> Sarah E. DiLuzio
> Potter Anderson & Corroon, LLP
> 1313 N. Market Street
> P.O. Box 951
> Wilmington, DE 19899-0951
> (302)984-6000

This 5th day of October, 2007.

AnnaMartina Tyreus (DE # 4771)