IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE STATE UNIVERSITY STUDENT HOUSING FOUNDATION, a Delaware Corporation,<br><br>　　　　　Plaintiff,<br>v.<br><br>AMBLING MANAGEMENT COMPANY,<br><br>　　　　　Defendant. | C.A. No. 1:07-CV-00610 |

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED by the parties, through their attorneys, that the time for Ambling Management Company, to file its Answer, move, or otherwise respond to Delaware State University Student Housing Foundation's Complaint, will be extended up to and including October 23, 2007.

**POTTER ANDERSON & CORROON LLP**

By _____
　Kathleen Furey McDonough (#2395)
　Sarah E. DiLuzio (#4085)
　1313 N. Market Street
　Hercules Plaza, 6th Floor
　Wilmington, DE 19899-0951
　Tel: (302) 984-6000
　Email: kmcdonough@potteranderson.com
　Email: sdiluzio@potteranderson.com

*Counsel for Plaintiff Delaware State University Student Housing Foundation*

Dated: October 12, 2007

**WOMBLE CARLYLE SANDRIDGE & RICE, PLLC**

By _____
　Gerard M. O'Rourke (# 3265)
　AnnaMartina Tyreus (# 4771)
　222 Delaware Avenue, Suite 1501
　Wilmington, DE 19801
　Tel: (302) 252-4320
　Fax: (302) 252-4330
　Email: gorourke@wcsr.com
　Email: mtyreus@wcsr.com

*Counsel for Defendant Ambling Management Company*

**SO ORDERED**, this _____ day of October, 2007.

_____
United States District Judge