## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DELAWARE STATE UNIVERSITY | ) | |
| STUDENT HOUSING FOUNDATION, a | ) | |
| Delaware Corporation, | ) | |
| | ) | C.A. NO. 07-610 |
| Plaintiff, | ) | |
| | ) | (Removed from the Superior Court of the |
| v. | ) | State of Delaware in and for Kent |
| | ) | County, C.A. No. 07C-09-013-WCW) |
| AMBLING MANAGEMENT COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### DEFENDANT AMBLING MANAGEMENT COMPANY'S MOTION TO DISMISS COUNT I AND COUNT III OF PLAINTIFF'S COMPLAINT

**COMES NOW,** Ambling Management Company ("AMC" or "Defendant"), Defendant

in the above captioned action, and pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby

moves this Court to Dismiss Count I of Plaintiff's complaint, Plaintiff's claim for declaratory

judgment, and Count III, Plaintiff's claim for tortious interference with business relations,

because Plaintiffs have failed to state a claim against AMC on these counts.  This Motion is

supported by AMC's Memorandum of Law in Support oft his Motion to Dismiss Counts I and III

of Plaintiff's Complaint ("Memorandum of Law") filed contemporaneously herewith.   For the

reasons set forth in the Memorandum of Law, this Court should dismiss Counts I and III against

AMC.

Respectfully submitted this 23rd day of October, 2007.

**WOMBLE CARLYLE SANDRIDGE & RICE, PLLC**
*A Professional Limited Liability Company*

By:    <u>/s/  AnnaMartina Tyreus                    </u>
        Gerard M. O'Rourke (DE #3265)
        AnnaMartina Tyreus (DE # 4771)
        222 Delaware Avenue, 15th Floor
        Wilmington, DE 19801
        Main Number: (302) 252-4320
        Main Fax: (302) 252-4330
        gorourke@wcsr.com
        mtyreus@wcsr.com

        Robert R. Ambler, Jr. (GA #014462)
        John G. Perry (GA#141609)
        **WOMBLE CARLYLE SANDRIDGE & RICE, PLLC**
        One Atlantic Center, Suite 3500
        1201 West Peachtree Street
        Atlanta, Georgia 30309
        Phone: (404) 872-7000
        Fax: (404) 888-7490
        rambler@wcsr.com
        joperry@wcsr.com

        *Attorneys for Ambling Management Company*

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2007, I electronically filed the foregoing Defendant

Ambling Management Company's Motion to Dismiss Count I and Count III of Plaintiff's

Complaint with the Clerk of the Court using CM/ECF, which will send notification of such filing

to the following:

> Kathleen Furey McDonough
> Sarah E. DiLuzio
> Potter Anderson & Corroon, LLP
> 1313 N. Market Street
> P.O. Box 951
> Wilmington, DE 19899-0951
> (302)984-6000

I hereby certify that on October 23, 2007, I caused the foregoing document to be served

upon the following in the manner so indicated:

> **BY FIRST-CLASS MAIL**
> Kathleen Furey McDonough
> Sarah E. DiLuzio
> Potter Anderson & Corroon, LLP
> 1313 N. Market Street
> P.O. Box 951
> Wilmington, DE 19899-0951
> (302) 984-6000

This 23rd day of October, 2007.

/s/  AnnaMartina Tyreus
Anna Martina Tyreus (DE # 4771)

WCSR  3751529v1