IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE STATE UNIVERSITY STUDENT HOUSING FOUNDATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMBLING MANAGEMENT COMPANY,<br><br>Defendant. | C.A. No. 1:07-CV-00610 |

## STATEMENT PURSUANT TO LOCAL RULE 81.2

Defendant Ambling Management Company ("AMC"), by their attorneys, Womble Carlyle Sandridge & Rice, PLLC, hereby states as follows:

1. On September 13, 2007, Plaintiff, Delaware State University Student Housing Foundation ("DSU"), filed suit against AMC, in the Superior Court in Kent County, Civil Action Number 07C-09-013 (WGW).

1. Defendant, AMC, filed a Notice of Removal (D.I. 1) on October 5, 2007, removing the case from the state court.

2. On October 23, 2007, AMC filed its Answer and Counterclaim and also filed a Motion to Dismiss.

3. AMC is not aware of any other pending matters which requires judicial action in the above-captioned case.

                                     **WOMBLE CARLYLE SANDRIDGE & RICE, PLLC**

                                     *A Professional Limited Liability Company*

DATED:  October 24, 2007        By:    /s/  AnnaMartina Tyreus_____
                                                          Gerard M. O'Rourke(DE #3265)
                                                          AnnaMartina Tyreus (DE # 4771)
                                                          222 Delaware Avenue, 15th Floor
                                                          Wilmington, DE 19801
                                                          Main Number: (302) 252-4320
                                                          Main Fax: (302) 252-4330
                                                          gorourke@wcsr.com
                                                          mtyreus@wcsr.com

                                                          Robert R. Ambler, Jr. (GA #014462)
                                                          John G. Perry (GA#141609)
                                                          **WOMBLE CARLYLE SANDRIDGE & RICE, PLLC**
                                                          One Atlantic Center, Suite 3500
                                                          1201 West Peachtree Street
                                                          Atlanta, Georgia 30309
                                                          Phone: (404) 872-7000
                                                          Fax: (404) 888-7490
                                                          rambler@wcsr.com
                                                          joperry@wcsr.com

                                                          *Attorneys for Ambling Management Company*

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2007, I electronically filed the foregoing *Statement Pursuant to Local Rule 81.2* with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

>Kathleen Furey McDonough
>Sarah E. DiLuzio
>Potter Anderson & Corroon, LLP
>1313 N. Market Street
>P.O. Box 951
>Wilmington, DE 19899-0951
>(302)984-6000

I hereby certify that on October 24, 2007, I caused the foregoing document to be served upon the following in the manner so indicated:

>**BY FIRST-CLASS MAIL**
>Kathleen Furey McDonough
>Sarah E. DiLuzio
>Potter Anderson & Corroon, LLP
>1313 N. Market Street
>P.O. Box 951
>Wilmington, DE 19899-0951
>(302) 984-6000

This 24th day of October, 2007.

/s/ AnnaMartina Tyreus_____
Anna Martina Tyreus (DE # 4771)

WCSR 3768006v1