

WOMBLE
CARLYLE
SANDRIDGE
& RICE

A PROFESSIONAL LIMITED
LIABILITY COMPANY

222 Delaware Avenue
Wilmington, DE 19801

www.wcsr.com

AnnaMartina Tyreus
Attorney
Direct Dial: (302) 252-4328
Direct Fax: (302) 661-7704
E-mail: MTyreus@wcsr.com

November 16, 2007

The Honorable Joseph J. Farnan, Jr.
J. Caleb Boggs Federal Building
844 N. King Street
Room 4124
Lockbox 27
Wilmington, DE 19801

  Re: Delaware State University v. Ambling Management Company
    <u>Civil Action No. 07-610</u>

Dear Judge Farnan:

  On October 23, 2007, the undersigned filed Defendant Ambling Management Company's Memorandum of Law in Support of Motion to Dismiss Count I and Count III of Plaintiff's Complaint (D.I. 5). On November 9, 2007, plaintiff filed their Answering Brief in Opposition to Defendant's Motion to Dismiss (D.I. 8).

  We are filing a Corrected Memorandum of Law in Support of Motion to Dismiss Count I and Count III of Plaintiff's Complaint, which is attached for your convenience. The corrected version is identical to our previously filed memorandum (D.I. 5), however, pursuant to L.R. 7.1.3, we have included a table of contents, table of authorities and a revised cover page.

  If you have any questions, please feel fee to contact me. Thank you.

         Very truly yours,

         **WOMBLE CARLYLE SANDRIDGE & RICE**
         *A Professional Limited Liability Company*

         */s/ AnnaMartina Tyreus*
         AnnaMartina Tyreus

cc: Kathleen Furey McDonough, Esq.

Encl.