IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE STATE UNIVERSITY STUDENT HOUSING FOUNDATION, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMBLING MANAGEMENT COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)  C.A. No. 07-610 (MPT)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND CONSENT TO MAGISTRATE JUDGE'S JURISDICTION**

In accordance with the provisions of 28 U.S.C. §636(c) and Fed.R.Civ.P. 73, the parties in this case consent to have United States Magistrate Judge Mary Pat Thynge conduct any and all proceedings in this case, including the trial, order the entry of final judgment, and conduct all post-judgment proceedings.

POTTER ANDERSON & CORROON LLP

By: /s/ Kathleen Furey McDonough
    Kathleen Furey McDonough (I.D. # 2395)
    Sarah E. DiLuzio (I.D. # 4085)
    Hercules Plaza, 6th Floor
    1313 N. Market Street, 6th Floor
    Wilmington, Delaware 19801
    (302) 984-6000
    kmcdonough@potteranderson.com
    sdiluzio@potteranderson.com

*Attorneys for Plaintiff Delaware State University Student Housing Foundation*

Dated: January 4, 2008

WOMBLE CARLYLE SANDRIDGE
  & RICE, PLLC

By: /s/ AnnaMartina Linnea Tyreus
    Gerard M. O'Rourke (I.D. # 3265)
    AnnaMartina Linnea Tyreus (I.D. # 4771)
    222 Delaware Avenue, Suite 1501
    Wilmington, Delaware 19801
    (302) 252-4320
    gorourke@wcsr.com
    mtyreus@wcsr.com

Robert R. Ambler Jr.
1201 West Peachtree Street, Suite 3500
Atlanta, Georgia 30309
(404) 879-2424

*Attorneys for Defendant Ambling Management Company*

## ORDER OF REFERENCE

IT IS ORDERED that this case is referred to United States Magistrate Judge Mary Pat Thynge, to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. §636(c) and Fed.R.Civ.P. 73.

_Jan 9, 2008_
Date

_[signature]_
United States District Judge

837442v1