IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DELAWARE STATE UNIVERSITY STUDENT HOUSING FOUNDATION, a Delaware Corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | C.A. NO. 07-610 |
| v. | ) ) | |
| AMBLING MANAGEMENT COMPANY, | ) ) | |
| Defendant. | ) ) ) | |

**AMBLING MANAGEMENT COMPANY'S**
**RULE 7.1 DISCLOSURE STATEMENT,**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Ambling Management Company, states that it is a nongovernmental corporate party organized and existing under the laws of the State of Georgia, states that it has no parent corporation, and states that no publicly held corporation owns 10% or more of its stock.

                                              **WOMBLE CARLYLE SANDRIDGE & RICE, PLLC**
                                              *A Professional Limited Liability Company*

Dated: January 23, 2008      By:   /s/  Anna Martina Tyreus
                                                      Gerard M. O'Rourke (DE #3265)
                                                      Anna Martina Tyreus (DE # 4771)
                                                      222 Delaware Avenue, 15th Floor
                                                      Wilmington, DE 19801
                                                      Main Number: (302) 252-4320
                                                      Main Fax: (302) 252-4330
                                                      gorourke@wcsr.com
                                                      mtyreus@wcsr.com

Robert R. Ambler, Jr. (GA #014462)
John G. Perry (GA#141609)
**WOMBLE CARLYLE SANDRIDGE & RICE, PLLC**
One Atlantic Center, Suite 3500
1201 West Peachtree Street
Atlanta, Georgia 30309
Phone: (404) 872-7000
Fax: (404) 888-7490
rambler@wcsr.com
joperry@wcsr.com

*Attorneys for Ambling Management Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within and foregoing has been served upon counsel of record by placing same in the United States postal service with proper postage affixed thereto and addressed to the following:

    Kathleen Furey McDonough
    Sarah E. DiLuzio
    Potter Anderson & Corroon, LLP
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE 19899-0951
    (302)984-6000

This 23rd day of January, 2008.

                              /s/ AnnaMartina Tyreus
                              Anna Martina Tyreus (DE # 4771)