IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DELAWARE STATE UNIVERSITY STUDENT HOUSING FOUNDATION, a Delaware Corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | C.A. NO. 07-610 |
| v. | ) ) | |
| AMBLING MANAGEMENT COMPANY, | ) ) | |
| Defendant. | ) ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that true and correct copies of *Defendant's Ambling Management Company's Initial Disclosures Pursuant to Fed. R. Civ. P. Rule 26(a) and Ambling Management Company's Electronic Discovery Disclosures* were served on the following in the manner indicated on January 23, 2008:

> Kathleen Furey McDonough
> Sarah E. DiLuzio
> Potter Anderson & Corroon, LLP
> 1313 N. Market Street
> P.O. Box 951
> Wilmington, DE 19899-0951
> (302) 984-6000

**WOMBLE CARLYLE SANDRIDGE & RICE, PLLC**
*A Professional Limited Liability Company*

Dated: January 23, 2008     By:   /s/   Anna Martina Tyreus
                                  Gerard M. O'Rourke (DE #3265)
                                  Anna Martina Tyreus (DE # 4771)
                                  222 Delaware Avenue, 15th Floor
                                  Wilmington, DE 19801
                                  Main Number: (302) 252-4320
                                  Main Fax: (302) 252-4330
                                  gorourke@wcsr.com
                                  mtyreus@wcsr.com

Robert R. Ambler, Jr. (GA #014462)
John G. Perry (GA#141609)
**WOMBLE CARLYLE SANDRIDGE & RICE, PLLC**
One Atlantic Center, Suite 3500
1201 West Peachtree Street
Atlanta, Georgia 30309
Phone: (404) 872-7000
Fax: (404) 888-7490
rambler@wcsr.com
joperry@wcsr.com

*Attorneys for Ambling Management Company*