IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DELAWARE STATE UNIVERSITY STUDENT HOUSING FOUNDATION, a Delaware Corporation., | ) ) ) ) | |
| Plaintiff, | ) ) ) | C.A. No. 07-610 (JJF) |
| v. | ) ) | JURY TRIAL DEMANDED |
| AMBLING MANAGEMENT COMPANY, | ) ) | |
| Defendant. | ) ) | |

## NOTICE OF SERVICE

The undersigned, counsel for Plaintiff Delaware State University Student Housing Foundation, hereby certifies that true and correct copies of PLAINTIFF'S FIRST SET OF INTERROGATORIES DIRECTED TO DEFENDANT and PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANT were caused to be served on January 24, 2008, on the attorney of record at the following address as indicated:

**By Hand Delivery**

Anna Martina Linnea Tyreus
Womble Carlyle Sandridge Rice
222 Delaware Avenue
Suite 1501
Wilmington, DE 19801

/s/ Sarah E. DiLuzio
Sarah E. DiLuzio (#4085)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
Telephone:  (302) 984-6000
Telefax:  (302) 658-1192
E-mail:  sdiluzio@potteranderson.com