**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DELAWARE STATE UNIVERSITY ) <br> STUDENT HOUSING FOUNDATION, a ) <br> Delaware Corporation, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMBLING MANAGEMENT COMPANY, ) <br> ) <br> Defendant. ) <br> ) | C.A. NO. 07-610 <br><br> JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of *Defendant's Ambling Management Company's First Requests for Production to Plaintiff and First Continuing Interrogatories to Plaintiff* were served on the following in the manner indicated on January 25, 2008:

**BY HAND DELIVERY**
Kathleen Furey McDonough
Sarah E. DiLuzio
Potter Anderson & Corroon, LLP
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000

**WOMBLE CARLYLE SANDRIDGE & RICE, PLLC**
*A Professional Limited Liability Company*

Dated: January 25, 2008      By:   /s/   Anna Martina Tyreus
Gerard M. O'Rourke (DE #3265)
Anna Martina Tyreus (DE # 4771)
222 Delaware Avenue, 15th Floor
Wilmington, DE 19801
Main Number: (302) 252-4320
Main Fax: (302) 252-4330
gorourke@wcsr.com
mtyreus@wcsr.com

Robert R. Ambler, Jr. (GA #014462)
John G. Perry (GA#141609)
**WOMBLE CARLYLE SANDRIDGE & RICE, PLLC**
One Atlantic Center, Suite 3500
1201 West Peachtree Street
Atlanta, Georgia 30309
Phone: (404) 872-7000
Fax: (404) 888-7490
rambler@wcsr.com
joperry@wcsr.com

*Attorneys for Ambling Management Company*

2