IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE STATE UNIVERSITY STUDENT HOUSING FOUNDATION, a Delaware Corporation., <br><br> Plaintiff, <br><br> v. <br><br> AMBLING MANAGEMENT COMPANY, <br><br> Defendant. | ) ) ) ) ) C.A. No. 07-610 (JJF) ) ) ) JURY TRIAL DEMANDED ) ) ) ) |

## NOTICE OF SERVICE

The undersigned, counsel for Plaintiff, Delaware State University Student Housing Foundation, hereby certifies that true and correct copies of the DELAWARE STATE UNIVERSITY STUDENT HOUSING FOUNDATION'S RESPONSES TO DEFENDANT'S FIRST REQUESTS FOR PRODUCTION and DELAWARE STATE UNIVERSITY STUDENT HOUSING FOUNDATION'S OBJECTIONS AND RESPONSES TO DEFENDANT'S FIRST CONTINUING INTERROGATORIES DIRECTED TO PLAINTIFF were caused to be served on February 28, 2008, on the attorney of record at the following address as indicated:

**By U.S. Mail**
Gerard M. O'Rourke (I.D. # 3265)
AnnaMartina Linnea Tyreus (I.D. # 4771)
222 Delaware Avenue, Suite 1501
Wilmington, Delaware 19801
gorourke@wcsr.com
mtyreus@wcsr.com

          POTTER ANDERSON & CORROON LLP

          By: */s/ Sarah E. DiLuzio*
              Kathleen Furey McDonough (I.D. 2395)
              Sarah E. DiLuzio (I.D. 4085)
              1313 North Market Street
              P.O. Box 951
              Wilmington, DE  19899-0951
              Telephone:  (302) 984-6000
              Telefax:  (302) 658-1192
              kmcdonough@potteranderson.com
              sdiluzio@potteranderson.com

Dated:  February 28, 2008
851723/32346

*Attorney for Plaintiff Delaware State University Student Housing Foundation*

## CERTIFICATE OF SERVICE

I, Sarah E. DiLuzio, hereby certify that on February 28, 2008, the attached document was sent by U.S. Mail and electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Gerard M. O'Rourke (I.D. # 3265)
AnnaMartina Linnea Tyreus (I.D. # 4771)
222 Delaware Avenue, Suite 1501
Wilmington, Delaware 19801
gorourke@wcsr.com
mtyreus@wcsr.com

        POTTER ANDERSON & CORROON LLP

        By: /s/ Sarah E. DiLuzio
           Kathleen Furey McDonough (I.D. 2395)
           Sarah E. DiLuzio (I.D. 4085)
           1313 North Market Street
           P.O. Box 951
           Wilmington, DE 19899-0951
           Telephone: (302) 984-6000
           Telefax: (302) 658-1192
           kmcdonough@potteranderson.com
           sdiluzio@potteranderson.com

851723/32346