

Potter
Anderson
Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

Sarah E. DiLuzio
Associate
Attorney at Law
sdiluzio@potteranderson.com
302 984-6279  Direct Phone
302 778-6279  Fax

May 1, 2008

By CM/ECF

The Honorable Mary Pat Thynge
United States District Court
844 King Street, Lock Box 8
Wilmington, Delaware 19801

      Re:    DSU Student Housing Foundation v. Ambling Management Co.,
              C.A. No. 07-610 (MPT)

Dear Magistrate Judge Thynge:

        On behalf of the parties to the captioned litigation and pursuant to the Court's Scheduling Order entered in this action on January 10, 2008, Plaintiff Delaware State University Student Housing Foundation (the "Foundation") hereby submits a joint interim status report. Defendant Ambling Management Company ("Ambling") has reviewed and joins in this report.

        This is an action brought by the Foundation seeking a declaratory judgment that its action in terminating a management agreement (the "Agreement") with Ambling was not in breach of the Agreement, and seeking damages incurred by the Foundation due to Ambling's alleged failure to provide services in breach of the Agreement. Ambling denies the Foundation's allegations that it breached the Agreement, denies that the Foundation is entitled to a declaratory judgment (and has filed a motion seeking the dismissal of that claim) and has filed a counterclaim alleging that the Foundation breached the Agreement by improperly terminating its services.

        To date, the parties have exchanged written discovery, to which both parties have served written responses. Counsel are currently working on the mutual exchange of documents, which will take place soon, and are also working to schedule depositions of fact witnesses, which counsel hope to schedule for May or June. No discovery issues have arisen that counsel believes require the assistance of the Court. At the status conference scheduled for May 8, 2008, counsel would like to discuss with the Court the possibility of extending the discovery deadline. A jury trial is scheduled for May 18, 2009.

        At the May 8 status conference, counsel would also like to discuss with the Court the referral of this case for mediation before Magistrate Judge Stark. Based upon the discussion

The Honorable Mary Pat Thynge
United States District Court
May 1, 2008
Page 2

held during the scheduling conference in this matter, counsel believed that this case would be referred to Magistrate Judge Stark for mediation, but have not yet been contacted regarding mediation and would like to confirm with the Court the status of the referral.

        Counsel are available at the Court's convenience to discuss any questions, and look forward to the May 8, 2008 telephonic status conference, which will be initiated by the Foundation's counsel.

Respectfully,

Sarah E. DiLuzio (#4085)

SED/aeo:862545
cc:    Clerk of the Court
        AnnaMartina Tyreus, Esquire