IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE STATE UNIVERSITY STUDENT HOUSING FOUNDATION, a Delaware corporation, | : : : : |
| Plaintiff, | : : |
| v. | :  C. A. No. 07-610-MPT : |
| AMBLING MANAGEMENT COMPANY, | : : |
| Defendant. | : |

## **ORDER**

At Wilmington this **8th** day of **May, 2008**.

IT IS ORDERED that this matter is referred to Magistrate Judge Leonard P. Stark for the purposes of exploring the possibility of a settlement.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE