IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE STATE UNIVERSITY STUDENT HOUSING FOUNDATION, a Delaware corporation,<br><br>  Plaintiff,<br><br>v.<br><br>AMBLING MANAGEMENT COMPANY,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 07-610 (MPT) |

**JOINT STIPULATION AND ORDER TO AMEND SCHEDULING ORDER**

The parties, by and through the undersigned counsel, subject to the approval of the Court, hereby stipulate and agree as follows:

In order to allow the parties additional time to prepare for trial in this matter, the Scheduling Order in this action is hereby amended by extending the deadlines as follows:

1. <u>Discovery Cut-Off</u>. All fact discovery in this case shall be initiated so that it will be completed on or before **August 22, 2008**. This Court encourages the parties to serve and respond to contention interrogatories early in the case. Unless otherwise ordered by the Court, the limitations on discovery set forth in Local Rule 26.1 shall be strictly observed.

2. <u>Disclosure of Expert Testimony</u>. For the party who has the initial burden of proof on the subject matter, the initial Federal Rule 26(a)(2) disclosure of expert testimony is due on or before **September 19, 2008**. The supplemental disclosure to contradict or rebut evidence on the same matter identified by another party is due on or before **October 17, 2008**. Along with the submissions of the expert reports, the parties shall advise of the dates and times of their experts' availability for deposition.

All other deadlines set forth in the Scheduling Order entered on January 10, 2008, including those for the filing case dispositive motions and trial, remain unchanged.

| POTTER ANDERSON & CORROON LLP | WOMBLE CARLYLE SANDRIDGE & RICE, PLLC |
|---|---|
| By: /s/ Sarah E. DiLuzio<br>Kathleen Furey McDonough (I.D. # 2395)<br>Sarah E. DiLuzio (I.D. # 4085)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>(302) 984-6000<br>kmcdonough@potteranderson.com<br>sdiluzio@potteranderson.com<br><br>*Attorneys for Plaintiff Delaware State University Student Housing Foundation* | By: /s/ AnnaMartina Tyreus<br>Gerard M. O'Rourke (I.D. # 3265)<br>AnnaMartina Linnea Tyreus (I.D. # 4771)<br>222 Delaware Avenue, Suite 1501<br>Wilmington, Delaware 19801<br>(302) 252-4320<br>gorourke@wcsr.com<br>mtyreus@wcsr.com<br><br>Robert R. Ambler Jr.<br>1201 West Peachtree Street, Suite 3500<br>Atlanta, Georgia 30309<br>(404) 879-2424<br><br>*Attorneys for Defendant Ambling Management Company* |

Dated: May 22, 2008

SO ORDERED this _____ day of _____, 2008.

_____
The Honorable Mary Pat Thynge

865882