IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE STATE UNIVERSITY STUDENT HOUSING FOUNDATION, a Delaware Corporation., )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMBLING MANAGEMENT COMPANY, )<br>)<br>Defendant. ) | C.A. No. 07-610 (JJF) |

## NOTICE OF DEPOSITION

To:   Gerard M. O'Rourke
      AnnaMartina Linnea Tyreus
      222 Delaware Avenue, Suite 1501
      Wilmington, Delaware  19801

**PLEASE TAKE NOTICE** that the undersigned counsel will take the deposition of Deena Downey, upon oral examination, on Thursday, June 12, 2008 beginning at 10:00 a.m., at the offices of Womble, Carlyle, Sandridge & Rice, PLLC, 222 Delaware Avenue, Suite 1501, Wilmington, Delaware 19801.  The deposition will be taken before a Notary Public or some other officer duly authorized by law to record and transcribe the deposition.  Examination will continue from day to day until completed.  You are invited to attend and examine.

POTTER ANDERSON & CORROON LLP

By: /s/ Sarah E. DiLuzio
    Kathleen Furey McDonough (I.D. 2395)
    Sarah E. DiLuzio (I.D. 4085)
    1313 North Market Street, P.O. Box 951
    Wilmington, DE  19899-0951
    Telephone:  (302) 984-6000
    Telefax:  (302) 658-1192
    kmcdonough@potteranderson.com
    sdiluzio@potteranderson.com

Dated:  May 27, 2008
866350

*Attorneys for Plaintiff Delaware State University Student Housing Foundation*

## CERTIFICATE OF SERVICE

I, Sarah E. DiLuzio, hereby certify that on May 27, 2008, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

>Gerard M. O'Rourke
>Anna Martina Linnea Tyreus
>Womble Carlyle Sandridge Rice
>222 Delaware Avenue
>Suite 1501
>Wilmington, DE  19801

>By: */s/ Sarah E. DiLuzio*
>Sarah E. DiLuzio (I.D. # 4085)
>Hercules Plaza, 6th Floor
>1313 N. Market Street
>P.O. Box 951
>Wilmington, Delaware  19801
>Telephone: (302) 984-6279
>sdiluzio@potteranderson.com