IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE STATE UNIVERSITY STUDENT HOUSING FOUNDATION, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMBLING MANAGEMENT COMPANY,<br><br>Defendant. | C.A. NO. 07-610 (JJF)<br><br>JURY TRIAL DEMANDED |

**DEFENDANT AMBLING MANAGEMENT COMPANY'S NOTICE OF SUBPOENA ISSUED TO DELAWARE STATE UNIVERSITY POLICE DEPARTMENT**

PLEASE TAKE NOTICE that, pursuant to Rule 45 of the Federal Rules of Civil Procedure, the defendant, Ambling Management Company, has issued a subpoena to Delaware State University Police Department ("DSU Police Department"), commanding it to appear for deposition on July 18, 2008, at the office of Womble Carlyle Sandridge & Rice, PLLC, 222 Delaware Ave., Suite 1500, Wilmington, Delaware 19801, and to produce all documents on the Exhibit A to the Subpoena Duces Tecum. A true and accurate copy of the Subpoena Duces Tecum to DSU Police Department and attachment is attached hereto as Exhibit A.

                                        **WOMBLE CARLYLE SANDRIDGE & RICE, PLLC**
                                        *A Professional Limited Liability Company*

Dated: July 8, 2008        By:    /s/ AnnaMartina Tyreus
                                            Gerard M. O'Rourke (DE #3265)
                                            Anna Martina Tyreus (DE # 4771)
                                            222 Delaware Avenue, 15th Floor
                                            Wilmington, DE 19801
                                            Main Number: (302) 252-4320
                                            Main Fax: (302) 252-4330
                                            gorourke@wcsr.com
                                            mtyreus@wcsr.com

WCSR 3932902v1

Robert R. Ambler, Jr. (GA #014462)
John G. Perry (GA#141609)
**WOMBLE CARLYLE SANDRIDGE & RICE, PLLC**
One Atlantic Center, Suite 3500
1201 West Peachtree Street
Atlanta, Georgia 30309
Phone: (404) 872-7000
Fax: (404) 888-7490
rambler@wcsr.com
joperry@wcsr.com

*Attorneys for Ambling Management Company*

2

WCSR 3932902v1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the within and foregoing has been served upon counsel of record via U.S. mail to:

> Kathleen Furey McDonough
> Sarah E. DiLuzio
> Potter Anderson & Corroon, LLP
> 1313 N. Market Street
> P.O. Box 951
> Wilmington, DE 19899-0951
> (302)984-6000

This 8th day of July, 2008.

/s/ AnnaMartina Tyreus
Anna Martina Tyreus (DE # 4771)

WCSR 3932902v1