IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Delaware State University Student Housing Foundation, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civ. No. 07-610-MPT |
| | : | |
| Ambling Management Company, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

At Wilmington this **16th** day of **July, 2008**:

IT IS ORDERED that the mediation conference scheduled for **July 24th, 2008 at 10:00 a.m.** before Magistrate Judge Leonard P. Stark is hereby **CANCELED** and rescheduled for **July 29th, 2008 at 9:00 am**. The order issued on May 13th, 2008 shall continue to govern the mediation conference and statements.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order.

_____
UNITED STATES MAGISTRATE JUDGE