### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DELAWARE STATE UNIVERSITY STUDENT HOUSING FOUNDATION, a Delaware Corporation, )<br>)<br>)<br>) | |
| Plaintiff, ) | C.A. NO. 07-610 |
| ) | JURY TRIAL DEMANDED |
| v. )<br>) | |
| AMBLING MANAGEMENT COMPANY, )<br>) | |
| Defendant. )<br>) | |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of *Amended Initial Disclosures Of Defendant Ambling Management Company Pursuant To Fed. R. Civ. P. Rule 26(a)* were served on the following in the manner indicated on July 18, 2008:

**BY HAND DELIVERY**
Kathleen Furey McDonough
Sarah E. DiLuzio
Potter Anderson & Corroon, LLP
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000

**WOMBLE CARLYLE SANDRIDGE & RICE, PLLC**
*A Professional Limited Liability Company*

Dated: July 18, 2008        By:    /s/   Anna Martina Tyreus
              Gerard M. O'Rourke (DE #3265)
              Anna Martina Tyreus (DE # 4771)
              222 Delaware Avenue, 15th Floor
              Wilmington, DE 19801
              Main Number: (302) 252-4320
              Main Fax: (302) 252-4330
              mtyreus@wcsr.com

WCSR 3901854v1

2

>
> Robert R. Ambler, Jr. (GA #014462)
> John G. Perry (GA#141609)
> **WOMBLE CARLYLE SANDRIDGE & RICE, PLLC**
> One Atlantic Center, Suite 3500
> 1201 West Peachtree Street
> Atlanta, Georgia 30309
> Phone: (404) 872-7000
> Fax: (404) 888-7490
> rambler@wcsr.com
> joperry@wcsr.com
>
> *Attorneys for Ambling Management Company*

WCSR  3901854v1